**Richard JACKSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 53380.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 25, 1988.

Application to Transfer Denied
July 26, 1988.

Gingeree E. Williamson, William J. Shaw, Asst. Public Defenders, Clayton, for appellant.

William L. Webster, Atty. Gen., Christopher M. Kehr, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Richard Jackson, appeals from the denial of his Rule 27.26 motion for post-conviction relief, without an evidentiary hearing. The motion court's conclusion and judgment are not clearly erroneous.

*Sanders v. State,* 738 S.W.2d 856 (Mo. banc 1987). An extended opinion would serve no jurisprudential purpose. We affirm. Rule 84.16(b).